UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOA HELMER; DORI HELMER, Individually and as Parent and Next Friend of L.H., a minor,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION OF NILES TOWNSHIP HIGH SCHOOL DISTRICT 219; NILES NORTH HIGH SCHOOL,<br><br>Defendants. | No. 25-cv-13954 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

Defendants, BOARD OF EDUCATION OF NILES TOWNSHIP HIGH SCHOOL DISTRICT 219; NILES NORTH HIGH SCHOOL ("Defendants") by their counsel, Nikoleta Lamprinakos and Aidan C. Falk of Robbins Schwartz, Ltd., and for their Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint states as follows.

1. On November 13, 2025, Plaintiffs filed a Complaint against the Defendants in the United States District Court for the Northern District of Illinois, Eastern Division. Defense counsel has recently been retained to represent the District in this case and require additional time to meet with their clients and conduct an initial investigation.

2. Defendants move for this extension in good faith and to provide the necessary full response to the Plaintiffs' Complaint, its allegations, and counts.

3. Defendants' Motion is not made for any improper purpose or to unreasonably delay the adjudication of this matter.

4. Defense Counsel has communicated with Plaintiff's counsel, Baruch S. Gottesman, who does not have an objection to the motion.

WHEREFORE, Defendant respectfully requests that this honorable Court grant its Motion for Extension of Time to Answer or Otherwise Plead to January 7, 2026.

Respectfully submitted,

BOARD OF EDUCATION OF NILES TOWNSHIP HIGH SCHOOL DISTRICT 219; NILES NORTH HIGH SCHOOL

By: /s/ *Nikoleta Lamprinakos*
     One of Their Attorneys

Nikoleta Lamprinakos (6274018)
Aidan C. Falk (6342072)
ROBBINS SCHWARTZ, LTD.
190 S. LaSalle St., Suite 2550
Chicago, IL 60603
Phone: 312.332.7760
nlamprinakos@robbins-schwartz.com
afalk@robbins-schwartz.com

**PROOF OF SERVICE**

      I, Nikoleta Lamprinakos, an attorney, certify that the foregoing Motion for Extension of Time to Answer or Otherwise Plead was electronically filed with the Clerk of the Court using the CM/ECF system on this 19th day of November, 2025, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D).

                                                 /s/ Nikoleta Lamprinakos