**Gmail**

**Dorit Helmer <dhelmer21@gmail.com>**

## D219 - Notice of Non-Residency - Helmer

**Dan** ▋▋▋▋▋ @d219.org>                                     Mon, Nov 13, 2023 at 4:18 PM
To: Dorit Helmer ▋▋▋▋ @gmail.com>, ▋▋▋▋▋
Cc: Ray Chung ▋▋▋▋ @d219.org>, James Edwards ▋▋▋ @d219.org>, Caitlen Sweeney ▋▋▋ @d219.org>, Andrew
Swedberg ▋▋▋▋ @d219.org>, Laura Bolech ▋▋▋ @d219.org>

Hello,
I am sending this on behalf of our Executive Director of Human Resources and Legal Services, Mr. Ray Chung. Please
contact him if you have any questions. I am attaching a notice of non-residency in this email.
Thank you,
Dan


--
Dan
Residency Specialist
Niles Township High School District 219
847-▋▋▋▋

---

**3 attachments**

📄 **Helmer - Notice of Non-Residency - Tuition and Hearing 2.pdf**
381K

📄 **7_ 60-AP1_challenging_residence.pdf**
99K

📄 **7_ 60_residence (1) (1).pdf**
97K



**District 219**
Ray Chung
Executive Director of Human Resources and Legal Services
Administrative Center
7700 Gross Point Road
Skokie, IL 60077



## NOTICE OF NON-RESIDENCY

November 13, 2023

**VIA REGULAR MAIl AND  EMAIL – RETURN RECEIPT REQUESTED**

Dorit & Roy Helmer
██████████

> **Re:**   **Liron Helmer and Noa Helmer**

Dear Mr. & Mrs. Helmer,

I write to inform you that Niles Township High School District 219 ("District") has determined that your children, ██████████ born ██████████, 2008 and Noa Helmer, born ██████████ 2006, are not legal residents of our School District and are therefore not entitled to attend our educational programs on a tuition-free basis.  This determination is based on you not residing in the district's boundaries.

Accordingly, this School District must charge you tuition for your children's attendance during the 2022-23 school year, pursuant to Section 10-20.12a of the *Illinois School Code*, 105 ILCS 5/10-20.12a.  The tuition amount to be charged to you for your children's attendance in the District is $156.28 per day per student for a total of $19,066.16.  The *Illinois School Code* also states that any person who attempts to enroll a child to attend schools within a school district on a tuition-free basis when that child is not a bona fide resident of the school district shall be guilty of a Class C misdemeanor.  105 ILCS 5/10-20.12b(e). In addition, you may be subject to legal action by the Village of Skokie for falsifying residence claims, under an Intergovernmental Agreement between the Village and District 219.

You may immediately withdraw your students from Niles North **without further action from the School District.**  Upon receipt of this letter, contact the school's Registrar, Ms. Sweeney at 847██████  who will assist you in securing the school documents necessary to transfer your students to the school in your attendance area.  If the school fees/fines have not been paid, you are still obligated to pay them.

You are entitled to request a hearing before the Board of Education or its appointed hearing officer to review this determination. If you choose to request such a hearing, a written request must be sent, via certified mail, return receipt requested, to the District's Superintendent within ten (10) calendar days of your receipt of this Notice. Copies of the District's non-residency procedures and residency hearing procedures are enclosed for your review.

If you request a hearing, your children will be allowed to attend school within the District until the hearing is held and the Board renders a decision concerning your children's residency. However, if the Board of Education determines that your children are not entitled to enrollment on a tuition-free basis because your children are not legal residents of the District, you will be responsible for the per diem rate of tuition for each day of your children's attendance up until the Board determination. Should the Board of Education determine that your children are not a resident of the District, your children will no longer be permitted to attend school within the District, unless you further appeal that determination in the manner explained in the enclosed non-residency procedures.

If you have any questions, please do not hesitate to contact me.

Sincerely,


Ray Chung
Executive Director of Human Resources and Legal Services

Enclosures:     Non-Residency Procedures
                Residency Hearing Procedures


Cc:     Dr. James Edwards, Principal
        Ms. Laura Bolech, Assistant Principal for Student Services
        Mr. Andrew Swedberg, Counselor
        Ms. Caitlin Sweeney, Registrar

Niles Township High School District 219                                                    7:60-AP1

## Students

### Administrative Procedure:  Challenging a Current Student's Residence Status

| Actor | Action |
|---|---|
| Superintendent or Designee | On behalf of the School Board, notifies the person who enrolled a student of the tuition amount due to the District for the nonresident student's attendance.  The notice shall detail the specific reason why the Board believes that the student is a nonresident of the District and shall be given by certified mail, return receipt requested. The notice must include his/her right to request a review, which must be made within ten (10) calendar days of their receipt of the notice. |
| Person Who Enrolled the Student | Within ten (10) calendar days after receipt of the notice, may request a hearing to review the determination that tuition is due.  The request shall be sent certified mail, return receipt requested, to the Superintendent. |
| | *If a hearing is requested to review the School Board's decision:*  The student's continued attendance shall not relieve the person who enrolled the student of the obligation to pay the tuition for that attendance if the School Board decides the student is a non-resident who must pay tuition. |
| Assistant Principal for Student Services | *If a hearing is not requested,* withdraw the student after the appeal deadline.  At the Board's discretion, tuition may be assessed for the days the student was illegally enrolled in a district school. |
| Superintendent or Designee | On behalf of the School Board and within ten (10) calendar days after receiving a hearing request, notify by certified mail, return receipt requested, the person requesting the hearing of its time and place. The hearing shall be held not less than ten (10) nor more than twenty (20) calendar days after this hearing notice is given. The hearing notice shall notify the person requesting the hearing that any written evidence and testimony or witnesses not disclosed at least three (3) calendar days prior to the hearing are barred at the hearing without the District's consent. |
| | At least three (3) calendar days prior to the hearing, disclose to the person requesting the hearing all written evidence and testimony the District may submit during the hearing and a list of witnesses it may call to testify during the hearing. |
| School Board or Hearing Officer Designated by the Board | Conducts the hearing.  At the hearing, (1) the Board and the person who enrolled the student may use representatives of their choice, and (2) the person who enrolled the student has the burden of going forward with the evidence concerning the student's residency. |

Niles Township High School District 219                                    7:60-AP1

Page 2 of 3

| | |
|---|---|
| Hearing Officer | *If the hearing is conducted by a hearing officer*: Within five (5) calendar days after the hearing's conclusion, sends a written report of his or her findings by certified mail, return receipt requested, to the School Board and to the person who enrolled the student. |
| Person Who Enrolled the Student | *If the hearing is conducted by a hearing officer:* Within five (5) calendar days after receiving the hearing officer's findings, may file written objections to the findings with the School Board by sending the objections by certified mail, return receipt requested, addressed to the Superintendent. |
| School Board | *Whether the hearing is conducted by the School Board or a hearing officer:* Within thirty (30) calendar days after the hearing's conclusion, decides whether or not the student is a resident of the District and the amount of any tuition required to be charged as a result of the student's attendance in the District's schools. Within five (5) calendar days of its decision sends a copy of its decision to the person who enrolled the student by certified mail, return receipt requested. The decision must inform the person who enrolled the student that: (1) he/she may, within five (5) calendar days after receipt of the Board's decision, petition the Superintendent or appropriate Intermediate Service Center of schools to review the decision; and (2) at his/her request, the student may continue attending the District's school pending the Regional Superintendent or appropriate Intermediate Service Center's review of the Board's decision. Such attendance shall not relieve the person who enrolled the student of the obligation to pay the tuition for that attendance if the Regional Superintendent or appropriate Intermediate Service Center decides the student is a nonresident. |
| Person Who Enrolled the Student | Within five (5) calendar days after receiving the Board's decision, may petition the Regional Superintendent or appropriate Intermediate Service Center to review the decision. The petition must include the basis for the request and be sent by certified mail, return receipt requested, to both the Regional Superintendent or appropriate Intermediate Service Center and the Superintendent. |
| School Board | Within five (5) calendar days after receiving the petition, delivers to the Regional Superintendent or appropriate Intermediate Service Center the Board's decision, any written evidence and testimony submitted by the parties during the hearing a list of all witnesses that testified during the hearing, and any existing written minutes or transcript or verbatim record of the hearing. May also provide the Regional Superintendent or appropriate Intermediate Service Center and the person who enrolled the student with a written response to the petition. |

Niles Township High School District 219            7:60-AP1

Page 3 of 3

| Regional Superintendent of Schools or appropriate Intermediate Service Center | Within ten (10) calendar days after receipt of documentation from the District, issues a written decision as to whether or not there is clear and convincing evidence the student is a resident of the District and eligible to attend the District's schools on a tuition-free basis. The decision shall be transmitted to the Board and the person who enrolled the student, and shall, with specificity, detail the decision's rationale. |
|---|---|
| Assistant Principal for Student Services | *If a student is determined to be a non-resident,* withdraw student within two days of the final decision. |

LEGAL REF.:          105 ILCS 5/10-20.12b.

Admin. Review:                                                        December 13, 2016

Niles Township High School District 219                      7:60

## Students

### Residence

Resident Students

Only students who are residents of the District may attend a District school without a tuition charge, except as otherwise provided below or in State law. A student's residence is the same as the person who has legal custody of the student, as defined by State law. The administration may require proof of residence and legal custody on an annual basis. The failure to verify residency on an annual basis, as requested and required, will result in the student(s) being disenrolled from the District.

"Legal Custody" means one of the following:

1. Custody exercised by a natural or adoptive parent with whom the student resides;

2. Custody granted by order of a court of competent jurisdiction to a person with whom the student resides for reasons other than to have access to the educational programs of the District;

3. Custody exercised under a statutory short-term guardianship, provided that within sixty (60) days of the pupil's enrollment a court order is entered that establishes a permanent guardianship and grants custody to a person with whom the student resides for reasons other than to have access to the educational programs of the District;

4. Custody exercised by an adult caretaker relative who is receiving aid under the Illinois Public Aid Code [305 ILCS 5/-1, et seq.] for the pupil who resides with that adult caretaker relative for purposes other than to have access to the educational programs of the District;

5. Custody exercised by an adult who demonstrates that, in fact, he or she has assumed and provides the student with a regular fixed night-time abode for purposes other than to have access to the educational programs of the District.

A student whose family moves out of the District during the school year will be permitted to attend school for the remainder of the school year without payment of tuition, unless the original District residency was found to be fraudulently reported by the family.

Incoming students must attend the school to which they are assigned based on home address, regardless whether a sibling attends a different school.

When a student's change of residence is due to the military service obligation of the student's legal custodian, the student's residence is deemed to be unchanged for the duration of the custodian's military service obligation if the student's custodian made a written request. The District, however, is not responsible for the student's transportation to or from school.

If, at the time of enrollment, a dependent child of military personnel is housed in temporary housing located outside of the District, but will be living within the District within 60 days after the time of initial enrollment, the child is allowed to enroll, subject to the requirements of State law, and must not be charged tuition.

Nonresident Students

Nonresident students may not attend District schools except when any State or federal law or a court order mandates the acceptance of a nonresident student. Parent(s)/custodian(s) who are leasing, purchasing or having residences constructed within the District's boundaries, but who are not as yet residents shall pay tuition at the time they wish to enroll their child (children) in an amount

Niles Township High School District 219                                     7:60

equivalent to sixty (60 calendar) days tuition.  Tuition shall be reimbursed to these parent(s)/custodian(s) if they take occupancy within sixty (60 calendar) days of registering their child (children) in the District.  Should their occupancy occur sixty-one (61 calendar) days or more after enrollment of the child (children), no tuition payments shall be reimbursed and the parents will be required to pay additional tuition for each day thereafter. They shall, however, not make any further tuition payments once they have taken occupancy of their home within the District's boundaries.  At the time of enrollment, such parent(s)/custodian(s) shall present a fully executed leases, sales or construction contract showing the date of closing or completion of the home.

Homeless Children

Any homeless child shall be immediately admitted, even if the child or child's parent/guardian is unable to produce records normally required to establish residency.  Board policy 6:140, *Education of Homeless Children*, and its implementing administrative procedures, govern the enrollment of homeless children.

Challenging a Student's Residence Status

If the Superintendent or designee determines that a student attending school on a tuition-free basis is a nonresident of the District, he or she on behalf of the Board shall notify the person who enrolled the student of the tuition amount that is due.  The notice shall detail the specific reasons why the Board believes that the student is a nonresident of the District and shall be given by certified mail, return receipt requested.  The person who enrolled the student may challenge this determination and request a hearing as provided by The School Code, 105 ILCS 5/10-20.12b. Administrative procedure 7:60-AP1 *Challenging a Current Student's Residence Status.*

A student whose family is making application to attend a district school may be required to provide information to the Registrar's office (or other designee) regardless of whether the student is entering from a township elementary school or is transferring from another school.  In the event that such student's residency is questioned by the District, the student's parent/guardian will be given the opportunity to challenge these findings and to present additional evidence of legal residence.

Change of Divisional Residence

A student whose family moves from one division of the school district to another may not transfer schools until the family resides in the new division of the school district.  However, students may apply for early transfer, delayed transfer or senior transfer.

Students Receiving Special Education Services

The residency status of students receiving special education shall be determined in accordance with §§ 14-11.11 through 14-1.11b of The School Code.

LEGAL REF.:     *McKinney-Vento Homeless Assistance Act*, 42 U.S.C. § 11431 et seq.

105 ILCS 5/10-20.12a, 5/10-20.12b, 5/10-22.5.

105 ILCS 45/ and 70/.

23 Ill. Admin. Code § 1.240.

Israel S. by Owens v. Board of Educ. of Oak Park and River Forest High School District 200, 601 N.E. 2d 1264 (Ill. App. 1992).

Joel R. v. Board of Education of Manheim School District 83, 686 NE2d 650 (Ill. App. 1st Dist. 1997).

Kraut v. Rachford, 366 N.E.2d 497 (1st Dist. 1977).

Niles Township High School District 219                                                    7:60

CROSS REF:     6:140 (Education of Homeless Children), 7:50 (School Admissions and Student Transfers To and From Non-District Schools), 7:70 (Attendance and Truancy)

ADOPTED:       April 3, 2018