**Dorit Helmer** ████████@gmail.com>

## Helmer Non-Residency notice

2 messages

**Dorit Helmer** ████████@gmail.com>                          Tue, Nov 14, 2023 at 11:16 AM
To: ████@d219.org

Hello Mr. Chung,

I received your notice last night and need to discuss this matter with you at your earliest.
I have left you a message earlier this morning.
Please let me know when you're available to speak today.

Thank you!
Dorit

Dorit Helmer
Real Estate Developer, Builder, & Broker
847.████████
www.drhomeschicago.com

Sent from my iPhone

---

**Dorit Helmer** ████████@gmail.com>                          Tue, Nov 14, 2023 at 12:39 PM
To: Dan ████████@d219.org>

Hi Dan,

I'm forwarding my email below to Mr. Chung.
I have been unable to reach him.
Do you know if he is in the office today and if I can speak with him?

Thanks!
Dorit

Dorit Helmer
Real Estate Developer, Builder, & Broker
847.████████
www.drhomeschicago.com

Sent from my iPhone

Begin forwarded message:

**From:** Dorit Helmer ████████@gmail.com>
**Date:** November 14, 2023 at 11:16:25 AM CST
**To:** ████@d219.org
**Subject: Helmer Non-Residency notice**

Hello Mr. Chung,
[Quoted text hidden]