**Dorit Helmer <████████@gmail.com>**

## Helmer Residency

2 messages

---

**Dorit Helmer** █████1@gmail.com>                     Thu, Nov 16, 2023 at 4:30 PM
To: ████@d219.org

Hi Ray,

Per our conversation just now, please note the following timeline of events:

- Lost our house to fire 11/24/21
- StateFarm Insurance only released the house back to us 9 months after the date of fire.
- Building Permits were issued Oct 2022 -- This is when we only *started* the removal of all of our possessions sitting in water, mold, and debris to all be thrown out. Sorry I remembered off hand November; Nov 2022 is when they actually began construction demolition and the rebuilding. Copy of issued permit is attached.
- Construction was only completed now in Sept 2023, when we had to sell because it was too expensive to keep the house after all of the rebuilding costs (even after the insurance's proceeds).

Please let me know if there is any other documentation you need.

Furthermore, I also need in writing from you what you explained to me in our initial conversation about the notice letter. I need in writing please, that when I withdraw my children we will not be liable for anything else, specifically any tuition mentioned in the notice. I need to know this will completely release us from any and all further liability to this district.

Thank you,
Dorit

### *Dorit Helmer*
Direct   847 ████████ 4

---

📄 **Permit card and receipt - 9101 Kolmar Ave.pdf**
1235K

---

**Dorit Helmer** ████████@gmail.com>                    Mon, Nov 20, 2023 at 6:38 PM
To: ████u@d219.org

Hello Ray,

I am still waiting for your response per our last conversation and my email below that was sent to you Thursday 11/16. I also left you a message earlier today at your office.

Please see my last email below and respond so we know how to navigate before the holiday as this is a short week and I'm trying to make a lot of arrangements right now.
I basically am just looking for your confirmation that when I pull my kids out this will resolve this matter and we will not be liable for anything else.

Your timely response will be appreciated.
Thank you,
Dorit

Dorit Helmer
847 ████████

Sent from my iPhone

On Nov 16, 2023, at 4:30 PM, Dorit Helmer <█████████@gmail.com> wrote:


[Quoted text hidden]
<Permit card and receipt - 9101 Kolmar Ave.pdf>



# VILLAGE OF SKOKIE

**5127 Oakton Street, Skokie, IL 60077**
Phone: (847) 933-8223    Fax: (847) 933-8230
http://www.skokie.org

## Res - Alteration Interior

ta Label

**PROJECT #: J22-1685**    **ISSUED: 10/07/2022**    **EXPIRES: 04/09/2024**

**CONTRACTOR:**
MIRON HEATING & COOLING INC
████████████████████
CHICAGO IL 60646
(847) ████████

**OWNER:**
ROY HELMER
████████████████
SKOKIE IL 60077
847 ██████████

## REQUIRED INSPECTIONS - See back of card
### CALL (847) ████████ 24-Hour advance notice)

**Hours of Construction:** Monday to Saturday 7AM to 6PM - No Work Permitted on Sunday and Holidays.

Construction fence requirements: 6 ft. chain link around all excavation, demolition and new construction where building is unsecured and material, debris and other hazards exist.

THIS STRUCTURE IS NOT TO BE OCCUPIED UNTIL ALL FINAL INSPECTIONS
ARE COMPLETED AND A FINAL OCCUPANCY CERTIFICATE ISSUED.

PERMIT CARD MUST BE POSTED ON
THE JOB FOR VISUAL AND
ACCESSIBLE REFERENCE.

COMMUNITY DEVELOPMENT DEPARTMENT
BUILDING DIVISION

*Brian J Augustine*

BUILDING & ZONING
DIVISON MANAGER

# 9101 KOLMAR AVE



# VILLAGE OF SKOKIE
## Inspection Record

**Work Description:** Interior and Exterior Renovations to Fire-damaged Single Family Residence with Basement, per plans.

**Required Inspections:**

Alteration, Int & Ext Project: Walk Through Inspection

Slab Prepour

Rough - Plumbing

Rough - Mechanical

Rough - Electric

Rough - Framing

Framing Before Cladding

Insulation

Final - Plumbing

Final - Mechanical

Final - Electric

Final - Building

# 9101 KOLMAR AVE

**Property Address:**
9101 KOLMAR AVE

**Linked Record #:**
PM22-0285

10/07/2022

CR Receipt Number:

**23636**



## *Village of Skokie*

5127 Oakton Street

Skokie, IL 60077

Ph: (847) 933-8223      Fax: (847) 933-8230

**Paid By**

ROY HELMER

███████████████

SKOKIE, IL 60077

| Record Type | Description | Invoice Number | Account Number | Amount |
|---|---|---|---|---|
| Permit | Mechanical Base Fee | 00497449 | 001-0000-322.17-00 | $ 75.00 |
| Permit | Mechanical Exhaust | 00497449 | 001-0000-322.17-00 | $ 30.00 |
| Permit | Plumbing Base Fee | 00497469 | 001-0000-322.12-00 | $ 75.00 |
| Permit | Plumbing Supply (Fixture) | 00497469 | 001-0000-322.12-00 | $ 10.00 |
| Permit | Electric Service | 00498002 | 001-0000-322.13-00 | $ 125.00 |
| Permit | Electrical Base Fee | 00498002 | 001-0000-322.13-00 | $ 75.00 |
| Permit | Electric Circuits | 00498002 | 001-0000-322.13-00 | $ 200.00 |
| Permit | Appearance and Arts Fee Building | 00498405 | 001-0000-322.11-05 | $ 350.00 |
| Permit | Building Permit Fee | 00498405 | 001-0000-322.11-00 | $ 4,025.00 |
| Permit | Sidewalk Installation & Repair Fee Build | 00498405 | 001-0000-322.11-10 | $ 700.00 |
| Permit | Utility Relocation Fee Building | 00498405 | 001-0000-322.11-20 | $ 700.00 |
| Name | Invoice for bond | 00498432 | 013-0000-229.30-00 | $ 500.00 |

| | |
|---|---|
| **Total** | **$ 6,865.00** |
| Cash | |
| Check | |
| Check # | |
| Credit | $ 6,865.00 |
| **Tendered** | **$ 6,865.00** |
| **Change** | **$ 0.00** |