**Gmail**

**Dorit Helmer** ██████@gmail.com>

# Non Residency Notice

3 messages

---

**Ray Chung** ██████@d219.org>
To: ██████@gmail.com

Tue, Nov 14, 2023 at 5:41 PM

Hi Ms. Helmer,

Thank you for taking my call today. As you shared, you are currently living in Wilmette ever since you lost your house in a fire 2 years ago. While your intention was to come back in District, you have been unable to move back into our boundaries for various reasons.

Your residence requires you to attend New Trier and your student's continued enrollment at D219 will not be possible especially with both of your students competing in an IHSA sport.

However, you asked me to explore whether your students can finish the semester and then withdraw after finals. I will be reviewing the legality of this request. I will be in touch.

Thank you


--
Ray Chung, pHCLE
Executive Director of Human Resources and Legal Services
Niles Township High School District 219
7700 Gross Point Road, Skokie, IL 60077
Direct: 847-████████
Fax: 847-████████
Clear paths. Bright futures. No limits.

D219 expects the work and school environment to be respectful and free of unlawful harassment and bullying. If you would like to report a claim of harassment or bullying, please contact me or call the anonymous tip line at 847-626-2841 (West/Central); 847-626-2308 (North/Bridges). You may choose to report to a complaint manager of the same gender as listed on Board Policy 2:260-E1.

**Human Resources Mission Statement:**
Our Human Resources Team is here to support every member of our D219 family by offering quality customer service through effective and empathetic communication. We aspire to cultivate an empowering and equitable work environment so our employees can focus on the education of our students.

---

**Dorit Helmer** ██████@gmail.com>
To: ██████@hotmail.com" ██████@hotmail.com>

Wed, Nov 15, 2023 at 11:07 AM

Sorry for sending so many emails.
I forgot to send you this email he sent me after our conversation yesterday, just so you have all I have to look at. Please see below.

Thanks!
Dorit

### *Dorit Helmer*

*Real Estate Broker & Developer*
DR Homes, LLC
Direct   847-███████
Fax      720.██████
www.DRHomesChicago.com
[Quoted text hidden]

---

**Ray Chung ███████ @d219.org>**                                   Wed, Nov 22, 2023 at 7:06 AM
To: ███████ @gmail.com

Ms. Helmer,

I'm sorry I was unable to call you back yesterday.  Over the weekend, I was informed that you emailed stating you were withdrawing your students on November 21 and that you requested your students' grades to be submitted before then.  I see in the system that you completed withdrawal forms for both students.  I'm sorry I was unable to help with your request.

As stated in the letter, the District will not seek tuition payment since timely withdrawal is completed.  I wish you the best.

Thank you
[Quoted text hidden]